IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOYCE, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 98-386-SLR |
| | ) |
| EDIS COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

**RETURN OF TRIAL EXHIBITS**

The Clerk of Court hereby returns plaintiffs' trial exhibits, as listed on the attached Exhibit and Witness List, to counsel or his representative.

**Receipt of the exhibits is acknowledged by:**

_____
For Debra Aldrich, Esq.

of Doroshow, Pasquale, Krawitz, Siegel, & Bhaya

Date:

Returned by: _____, Deputy Clerk